UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., <br> CAPITOL RECORDS, LLC, <br> UNIVERSAL MUSIC CORP., <br> POLYGRAM PUBLISHING, INC, <br> SONGS OF UNIVERSAL, INC., <br> UNIVERSAL MUSIC – MGB NA LLC, <br> and UNIVERSAL MUSIC – Z TUNES LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRINKER INTERNATIONAL, INC., <br> BRINKER INTERNATIONAL PAYROLL COMPANY, L.P., <br> and DOES 1 THROUGH 10, <br><br> *Defendants*. | Civil Action No.: 3:24cv2535-K <br><br> JURY TRIAL DEMANDED |

### JOINT MOTION TO STAY

The Parties respectfully submit this Joint Motion to Stay and would respectfully show the Court as follows:

1. The Parties attended a mediation with The Honorable Suzanne H. Segal (Ret.) on May 7, 2025.

2. With the mediator's assistance, the Parties have reached an agreement in principle to settle the case.

3. The Parties are currently finalizing the settlement agreement and expect to file a joint dismissal by July 7, 2025.

4. Defendants' current deadline to respond to the Complaint is May 21, 2025. [Doc. No. 28].

5. In the unlikely event that the Parties are unable to agree to the terms necessary to execute a binding settlement agreement and perform any necessary obligations that would allow the Parties

to file a joint dismissal by July 7, 2025, the Parties will so inform the Court and Defendants will file their responsive pleading on July 7, 2025.

For the foregoing reasons, the Parties respectfully request that the Court grant this Motion and stay the Action until July 7, 2025.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Cathryn A. Berryman   (with permission) | /s/ Maura Rees |
| Cathryn A. Berryman | Maura Rees (Pro Hac Vice) |
| State Bar No. 02252990 | Email: MRees@wsgr.com |
| Michael D. Karson | WILSON SONSINI GOODRICH & ROSATI |
| State Bar No. 24090198 | 650 Page Mill Road |
| WINSTEAD PC | Palo Alto, CA 94304-1050 |
| 2728 N. Harwood Street | Telephone: (650) 493-9300 |
| Suite 500 | Facsimile: (866) 974-7329 |
| Dallas, Texas 75201 | |
| Tel.: 214.745.5400 | Gary R. Greenstein (Pro Hac Vice) |
| Fax: 214.745.5390 | Email: ggreenstein@wsgr.com |
| Email: cberryman@winstead.com | WILSON SONSINI GOODRICH & ROSATI |
| mkarson@winstead.com | 1700 K Street, NW Fifth Floor |
| | Washington, D.C. 20006-3817 |
| COUNSEL FOR PLAINTIFFS | Telephone: (202) 973-8849 |
| UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; UNIVERSAL MUSIC CORP.; POLYGRAM PUBLISHING, INC.; SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC – MGB NA LLC; AND UNIVERSAL MUSIC – Z TUNES LLC | Facsimile: (202 ) 973-8899 |
| | and |
| | /s/ Megan M. O'Laughlin |
| | Megan M. O'Laughlin (TX24013263) |
| | E-Mail: molaughlin@hitchcockevert.com |
| | HITCHCOCK EVERT LLP |
| | 750 North St. Paul Street, Suite 1110 |
| | Dallas, TX 75201 |
| | Telephone: (214) 953-1111 |
| | Facsimile: (214) 953-1121 |
| | |
| | COUNSEL FOR DEFENDANTS BRINKER INTERNATIONAL, INC. AND BRINKER INTERNATIONAL PAYROLL COMPANY, L.P. |

## **CERTIFICATE OF SERVICE**

      On May 21, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                              /s/ Megan M. O'Laughlin
                                              Megan M. O'Laughlin